19518.   JOHNSON *v.* THE STATE.

DECIDED APRIL 9, 1929.

558

*E. W. Feeney, Perry, Tipton & Perry,* for plaintiff in error.
*Hollis Fort, solicitor-general,* contra.

BLOODWORTH, J. "The verdict in this case is dependent entirely on circumstantial evidence. The proved facts are consistent with innocence, and are insufficient to exclude every reasonable hypothesis save that of the guilt of the accused. Suspicion of guilt will not authorize a conviction. Penal Code (1910), § 1010; *Williams* v. *State,* 113 *Ga.* 721 (39 S. E. 487). It was error to refuse a new trial." *Henderson* v. *State,* 147 *Ga.* 134 (2) (92 S. E. 871).

*Judgment reversed. Broyles, C. J., and Luke, J., concur.*